IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 09-cr-00145-MSK-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

HUGO SOTELO-BENCOMO,

        Defendant.

---

## ORDER TERMINATING SUPERVISED RELEASE
## PRIOR TO ORIGINAL EXPIRATION DATE

---

On September 20, 2011, the probation officer submitted a petition for early termination of probation in this case. On September 21, 2011, the court ordered that the probation officer serve the petition on the United States and that the United States respond in writing within fifteen (15) days of the date of service. The petition was served on the United States on September 21, 2011, and the United States does not object to the proposed relief. Accordingly, it is

ORDERED that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

DATED this 11th day of October, 2011.

        **BY THE COURT:**

        *[signature]*
        _____

        Marcia S. Krieger
        United States District Judge